1   [Seth M. Lehrman, Esq,
    425 North Andrews Ave. Suite 2,
2   Fort Lauderdale, Fl. 33301]

3
    [Kim Sunblom
4   1107 Tower Rd
5   Schaumburg IL. 60173]

6

7

8

9

10

11              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
12

13  **KEIVAN SARRAF, DDS, INC.,**          Case No. 2:20-cv-05116-CBM-JC
14  individually and on behalf of all
    others similarly situated,             **STIPULATION TO EXTEND TIME**
15                                         **TO RESPOND TO COMPLAINT**
           Plaintiff,                      **BY NOT MORE THAN 30 DAYS**
16                                         **(L.R. 8-3)**
17         v.
                                           Complaint Served: June 18, 2020
18  **ORTHO ARCH COMPANY, INC.**           for Defendant Kimberly Sundblom;
19  **d/b/a ORTHO ARCH**, et al.,          June 24, 2020 for Defendant Ortho
                                           Arch Company, Inc. d/b/a Ortho
20         Defendants.                     Arch
21
                                           Current Response Date: July 9,
22                                         2020 for Defendant Kimberly
23                                         Sundblom; July 15 for Defendant
                                           Ortho Arch Company, Inc. d/b/a
24                                         Ortho Arch
25
                                           New Response Date: August 7,
26                                         2020
27

28

Case No. 2:20-cv-05116-CBM-JC                **STIP. TO EXTEND TIME TO RESPOND TO**
                                             **COMPLAINT**

1

2

3

4        Plaintiff Keivan Sarraf, DDS, Inc. and Defendants Kimberly Sundblom

5   and Ortho Arch Company, Inc. d/b/a Ortho Arch (collectively, "Defendants"),

6   hereby stipulate as follows:

7        WHEREAS Plaintiff's Complaint was served on Defendant Kimberly

8   Sundblom on June 18, 2020 and on Defendant Ortho Arch Company, Inc.

9   d/b/a Ortho Arch ("Ortho") on June 24, 2020,

10       WHEREAS, Defendant Sundblom's response to the Complaint is

11   currently due July 9, 2020, and Defendant Ortho's response to the Complaint

12   is currently due July 15, 2020,

13       WHEREAS, the parties have agreed to an extension of time for

14   Defendants to respond until August 7, 2020,

15       WHEREAS, no prior extensions of time have been requested or

16   granted;

17       THEREFORE, IT IS HEREBY STIPULATED that the time for

18   Defendants to respond to Plaintiff's Complaint is extended to August 7, 2020.

19

20   Respectfully Submitted,

21    DATED: July 9 , 2020        **EDWARDS POTTINGER LLC**

22

23                                 _____

24                                       Seth M. Lehman, Esq.

25                                 Counsel for Plaintiff

26    DATED: July 8 , 2020

27                                 _____

28                                 Kimberly Sundblom, Defendant

Case No. 2:20-cv-05116-CBM-JC          1      **STIP. TO EXTEND TIME TO RESPOND TO COMPLAINT**

1  DATED: July 8 , 2020

2

3                                    Ortho Arch Company, Inc. d/b/a Ortho

4                                         Arch, Defendant

5

6

7            **Local Rule 5-4.3.4(a)(2)(i) Certification**

8        Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests

9  that concurrence in the filing of the document has been obtained from each

10  of the other signatories.

11

12

13                                   **Seth M. Lehrman**
                                     **Counsel for Plaintiff**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:20-cv-05116-CBM-JC                 2        STIP. TO EXTEND TIME TO RESPOND TO
                                                       COMPLAINT