Seth M. Lehrman, Esq.
425 North Andrews Ave., Suite 2
Fort Lauderdale, FL 33301

Attorney for Plaintiff

Kim Sundblom
1107 Tower Rd.
Schaumburg, IL 60173

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEIVAN SARRAF, DDS, INC.**, individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>v. <br><br>**ORTHO ARCH COMPANY, INC. d/b/a ORTHO ARCH**, et al., <br><br>Defendants. | Case No. 2:20-cv-05116-CBM-JCx <br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT [13]** <br><br><u>Complaint Served</u>: June 18, 2020 for Defendant Kimberly Sundblom; June 24, 2020 for Defendant Ortho Arch Company, Inc. d/b/a Orcho Arch <br><br><u>Current Response Date</u>: August 7, 2020 <br><br><u>New Response Date</u>: August 17, 2020 |

**ORDER**

Case No. 2:20-cv-05116-CBM-JC                **ORDER GRANTING STIP. TO EXTEND TIME TO RESPOND**

1 | Before the Court is the Stipulation of Plaintiff Keivan Sarraf, DDS, Inc. and Defendants Kimberly Sundblom and Ortho Arch Company, Inc. d/b/a Ortho Arch (collectively, "Defendants") to further extend the time for Defendants to respond to Plaintiff's Complaint to August 17, 2020.

The Court, having considered the Stipulation, hereby concludes that, good cause appearing:

IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED.

IT IS HEREBY FURTHER ORDERED that Defendants' responses to the Complaint shall be due August 17, 2020.

**IT IS SO ORDERED.**

DATED: AUGUST 11, 2020

_____
Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE