Seth M. Lehrman (178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Attorneys for Plaintiff
Keivan Sarraf, DDS, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| KEIVAN SARRAF, DDS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORTHO ARCH COMPANY, INC. d/b/a ORTHO ARCH, et al,<br><br>Defendants. | **CASE NO. 2:20-cv-05116-CBM-JC**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Complaint filed: June 9, 2020**<br><br>**Hon. Consuelo B. Marshall** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Keivan Sarraf, DDS, Inc. ("Plaintiff"), in its individual capacity, voluntarily dismisses the Class Action Complaint [D.E. 1] with prejudice, and all claims alleged therein against Defendants, Ortho Arch Company, Inc. d/b/a Ortho Arch and Kimberly Sundblom ("Defendants"), and dismisses all class claims alleged against Defendants without prejudice. Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

DATED: November 2, 2020 EDWARDS POTTINGER, LLC.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman
Attorney for Plaintiff
Keivan Sarraf, DDS, Inc.

**PROOF OF SERVICE**

Pursuant to L.R. 5-3.1.2, I hereby certify that I am over the age of 18 and not a party to this case. My business address is 425 N. Andrews Ave., Suite 2, Fort Lauderdale, Florida 33301. A true and correct copy of the foregoing document will be served on November 2, 2020, by Electronic Mail on the people and/or entities listed below:

Ortho Arch Company, Inc.
Kim Sundblom
kim@orthoarch.com
1107 Tower Rd.
Schaumburg, IL 60173

*Pro Se Defendants*

By: */s/ Seth M. Lehrman*
Seth M. Lehrman